# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERTO PRECIADO-MADRIGAL;
AND LARRY LEE GRIGSBY,
INDIVIDUALLY,

Appellants,

vs.

DAVID SLADOFF, AN INDIVIDUAL,

Respondent.

No. 82195

FILED

SEP 14 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellants' motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Adriana Escobar, District Judge
Lansford W. Levitt, Settlement Judge
Van Law Firm
Hall Jaffe & Clayton, LLP
Eighth District Court Clerk

21-26618